**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 0 8 2026
ᴋᴴᔆ

ERIK PALTROW
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**TIMOTHY IGNACIO DUBOISE**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CRIMINAL NO. 26 CR 2674 KWR

Count 1: 18 U.S.C. §§ 1153 and 113(a)(8): Assault of an Intimate Partner by Strangling;

Count 2: 18 U.S.C. §§ 1153 and 113(a)(7): Assault of an Intimate Partner Resulting in Substantial Bodily Injury.

INFORMATION

The United States of America charges:

Count 1

On or about September 4, 2025, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **TIMOTHY IGNACIO DUBOISE**, an Indian, assaulted Jane Doe, the defendant's spouse, intimate partner, and dating partner, by strangling, suffocating, and attempting to strangle and suffocate Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 113(a)(8).

Count 2

On or about September 4, 2025, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **TIMOTHY IGNACIO DUBOISE**, an Indian, assaulted Jane Doe, the defendant's spouse, intimate partner, and dating partner, and the assault resulted in substantial bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(7).

TODD BLANCHE
Acting Attorney General

RYAN ELLISON
First Assistant United States Attorney


Eva M. Fontanez
Assistant United States Attorney
Albuquerque, New Mexico  87102
(505) 346-7274